```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NORTH DAKOTA
                  NORTHEASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER OF TEMPORARY DETENTION |
| V. | ) | PENDING HEARING PURSUANT TO |
| | ) | BAIL REFORM ACT |
| COREY LORENT MOLSBARGER | ) | FILE NO. 2:07-cr-16 |

Upon motion of the United States of America, it is ORDERED that a detention hearing and arraignment is set for Thursday, March 22, 2007, at 10:30 AM before The Honorable Alice R. Senechal, United States Magistrate Judge, Ronald N. Davies Federal Building and US Courthouse, Second Floor Courtroom, 102 North 4th Street, Grand Forks, North Dakota.  Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated this 21st day of March, 2007.

/s/ *Alice R. Senechal*
Alice R. Senechal
U.S. Magistrate Judge